# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
September 29, 2015

In re:

    Kathleen Fahy Quinn

Debtor

Case Number: 15–51287 ahws
Chapter: 7

### Order Granting Motion to Extend Time to File Schedules and Statements

The motion of Debtor Kathleen Fahy Quinn (the "Debtor") having come before this Court, ECF No. [8], seeking an extension of time to file the schedules and statements required by Fed. R. Bankr. P. 1007, and it appearing that cause exists to grant such extension, it is hereby

ORDERED, that the Debtor shall file the schedules and statements required by Fed. R. Bankr. P. 1007 on or before October 5, 2015.

Dated: September 29, 2015

BY THE COURT

*[signature]*

Alan H.W. Shiff
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 130 – rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.